HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Deshon Corsey,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>City of Seattle Parks Department,<br><br>　　　　　　　　Defendant. | CASE NO. 23-1590 RAJ<br><br>MINUTE ORDER |

The following minute order is made by the direction of the Court, the Honorable Richard A. Jones:

Judge Richard A. Jones recuses from this action.  The Clerk has reassigned this action to the Honorable James Robart in accordance with this District's case assignment procedures.  All pleadings filed in the future shall bear case number 23-1590JLR.

Dated this 1st day of August, 2024.

　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　s/ Kathleen Albert
　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER – 1