UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DESHON CORSEY,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF SEATTLE PARKS DEPARTMENT,<br><br>                    Defendant. | CASE NO. C23-1590JLR<br><br>ORDER |

Before the court is Plaintiff Deshon Corsey's August 27, 2024 motion for leave to file an amended complaint. (Mot. (Dkt. # 14).) The court has identified two procedural deficiencies in Mr. Corsey's motion that must be corrected.

First, Local Civil Rule 15(a) provides that "[a] party who moves for leave to amend a pleading must attach a copy of the proposed amended pleading as an exhibit to the motion." Local Rules W.D. Wash. LCR 15(a). "The party must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing

ORDER - 1

or striking through the text to be deleted and underlining or highlighting the text to be added." *Id.* Although Mr. Corsey attached a copy of his proposed amended complaint to his motion, he did not indicate how that proposed amended complaint differs from his original complaint as required by Local Civil Rule 15(a). (*See* Prop. Am. Compl. (Dkt. # 14-1).) Therefore, the court ORDERS Mr. Corsey to file, by no later than **September 4, 2024**, a copy of his proposed amended complaint that indicates how it differs from his original complaint in accordance with Local Civil Rule 15(a). Failure to comply with this order will result in the denial of Mr. Corsey's motion to amend.

Second, Mr. Corsey's motion is improperly noted for consideration on September 11, 2024. (*See* Mot. at 1.) Under the current version of Local Civil Rule 7(d)(3), a motion for leave to amend shall be noted for consideration no earlier than 21 days from the date of filing, and any opposition papers must be filed no later than 15 days after the filing date of the motion. Local Rules W.D. Wash. LCR 7(d)(3) (rev'd Apr. 26, 2024). Therefore, the court DIRECTS the Clerk to renote the motion (Dkt. # 14) for September 17, 2024. Counsel for Mr. Corsey is ORDERED to review the current version of the court's Local Civil Rules before filing any further documents in this court.

Dated this 27th day of August, 2024.

JAMES L. ROBART
United States District Judge