Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DESHON CORSEY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE, PARKS DEPARTMENT, a Washington State Municipal Corporation,<br><br>　　　　　　　Defendant. | No.  2:23-cv-01590-JLR<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND RELATED DATES**<br><br>NOTING DATE: August 29, 2024<br><br>[Clerks' Action Required] |

THIS MATTER comes before the Court on the Parties' Joint Motion to Continue Trial Date and Related Dates. The following has been submitted to the Court for its consideration:

　　1.　Joint Motion to Continue Trial Date and Related Dates;

　　2.　Declaration of Molly Daily in Support of Joint Motion to Continue Trial Date and Related Dates, and exhibits thereto;

　　3.　Declaration of Oscar Desper, III in Support of Joint Motion to Continue Trial Date and Related Dates; and

　　4.　The records and files herein.

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO CONTINUE
TRIAL DATE AND RELATED DATES
(2:23-cv-01590-JLR) - 1

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**IT IS HEREBY ORDERED:**

1. The Court finds good cause to modify its Order Setting Trial Date and Related Dates (Ct. Dkt. # 12). The parties' Joint Motion to Continue Trial Date and Related Dates is therefore GRANTED.

2. Trial in this matter is continued to __October 6__, 2025, and all corresponding case deadlines shall be continued accordingly.

3. The December 14, 2023, Order Setting Trial Date and Related Dates is hereby stricken. A new minute order consistent with this order will be entered.

DATED this 3rd day of September, 2024.

_____
JAMES L. ROBART, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT

**Presented by:**

ANN DAVISON
Seattle City Attorney

By:   s/ Molly Daily
MOLLY DAILY, WSBA #28360
MACAULAY DUKES, WSBA #55757
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA  98104-7095
Ph: (206) 684-8200
Fax: (206) 684-8284
molly.daily@seattle.gov
macaulay.dukes@seattle.gov

Attorneys for Defendant
City of Seattle, Parks Department

And

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE
TRIAL DATE AND RELATED DATES
(2:23-cv-01590-JLR) - 2

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| | |
|---|---|
| 1 | LAW OFFICES OF OSCAR DESPER |
| 2 | By:    s/ Oscar Desper |
| | OSCAR DESPER, III, WSBA #18012 |
| 3 | 1420 5th Avenue, Suite 2200 |
| | Seattle, WA 98101 |
| 4 | Ph: (206) 531-5977 |
| | Fax: (206) 224-2880 |
| 5 | odesper@gmail.com |
| 6 | Attorney for Plaintiff, Deshon Corsey |

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND RELATED DATES
(2:23-cv-01590-JLR) - 3

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200